UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GREAT STUFF, INC., and JEFFREY S. BRUETTE <br><br> Defendants. | Civil Action No. 7:16-CV-1093 (TJM/TWD) |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., state that there is no parent corporation or publicly held corporation that owns 10% or more of their stock.

Dated:  September 7, 2016     **HANCOCK ESTABROOK, LLP**

                                       By:     s/Ashley D. Hayes
                                                  Ashley D. Hayes (511333)
                                                  1500 AXA Tower I
                                                  100 Madison Street
                                                  Syracuse, New York 13202
                                                  Tel: (315) 565-4500
                                                  Email: ahayes@hancocklaw.com