IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GREAT STUFF, INC., and JEFFREY S. BRUETTE <br><br><br> Defendants. | Case No.: 7:16-CV-1093 (TJM/TWD) <br><br><br><br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, and subject to the approval of this Court, that Defendants' time to answer, move or otherwise respond with respect to the Complaint shall be extended for a period of fourteen (14) days from October 21, 2016 up to and including November 4, 2016.  None of the parties have previously requested an extension of time.

Dated:  October 21, 2016

| | |
|---|---|
| **HANCOCK ESTABROOK, LLP** <br> Attorney for Plaintiffs | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** <br> Attorneys for Defendants |
| By:/s/Ashley D. Hayes_____ <br>    Ashley D. Hayes <br>    1500 AXA Tower I <br>    100 Madison Street <br>    Syracuse, New York 13202 <br>    Tel: (315) 565-4500 <br>    Email : ahayes@hancocklaw.com | By: /s/ James F. Monagle_____ <br>    James F. Monagle <br>    150 E. 42nd Street <br>    New York, NY 10017 <br>    Tel: (212) 490-3000 <br>    Email: james.monagle@wilsonelser.com |

7758450v.1