# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GREAT STUFF, INC., and JEFFREY S. BRUETTE <br><br> Defendants. | Case No.: 7:16-CV-1093 (TJM/TWD) <br><br><br> **STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Defendants' time to Respond to Plaintiffs' Complaint currently expires on November 4, 2016; and

WHEREAS, Defendants have requested an additional two-week extension of time to Respond to the Complaint in light of on-going settlement discussions; and

WHEREAS, Plaintiffs have no objection to Defendants' request for an additional two-week extension of time to Respond to the Complaint to permit continued settlement discussions;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, and subject to the approval of this Court, that Defendants' time to answer, move or otherwise respond with respect to the Complaint shall be extended for an additional period of fourteen (14) days from November 4, 2016 up to and including November 18, 2016.  The parties were previously granted one prior 14 day extension of time (Dkt 10).

Good cause exists for this additional extension based upon the parties' active and ongoing efforts to resolve this dispute.

Dated:  November 2, 2016

{H2929504.1}
7758450v.2
7785466v.1

| | |
|---|---|
| **HANCOCK ESTABROOK, LLP**<br>Attorney for Plaintiffs | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br>Attorneys for Defendants |
| By: /s/ Ashley D. Hayes_____<br>   Ashley D. Hayes<br>   1500 AXA Tower I<br>   100 Madison Street<br>   Syracuse, New York 13202<br>   Tel: (315) 565-4500<br>   Email : ahayes@hancocklaw.com | By: /s/ James F. Monagle_____<br>   James F. Monagle<br>   150 E. 42nd Street<br>   New York, NY 10017<br>   Tel: (212) 490-3000<br>   Email: james.monagle@wilsonelser.com |