UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>GREAT STUFF, INC., and JEFFREY S. BRUETTE,<br><br>                                    Defendants. | Civil Action No:<br>7:16-CV-1093 (TJM/TWD) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, by and through their undersigned counsel, stipulate that the action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The parties further stipulate that no party hereto is an infant or incompetent.

Dated:  December 7, 2016

HANCOCK ESTABROOK, LLP

By:   s/Ashley D. Hayes
        Ashley D. Hayes, Esq.
        (Bar Roll 511333)

100 Madison Street, Suite 1500
Syracuse, New York 13202
Tel:         (315) 565-4500
Fax:         (315) 565-4600
Email:      ahayes@hancocklaw.com

*Attorneys for Plaintiffs*

Dated:  December 7, 2016

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: s/James F. Monagle
       James F. Monagle, Esq.

150 E. 42nd Street, 22nd Floor
New York, New York 10017-5639
Tel:         (212) 490-3000
Fax:         (212) 490-3038
Email: james.monagle@wilsonelser.com

*Attorneys for Defendants*

{H2957064.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2016, I caused the foregoing Stipulation of Dismissal With Prejudice to be filed with the Clerk of the District Court using the CM/ECF system, which is believed to have sent notification of such filing to the following:

      James F. Monagle, Esq.      james.monagle@wilsonelser.com

Dated:  December 7, 2016.      s/Ashley D. Hayes
      Ashley D. Hayes, Esq.
      Bar Roll No. 511333

{H2957064.1}